[Nos. 43286-9-I; 43287-7-I.   Division One.   November 22, 1999.]

CREIGHTON E. MILLER, *as Administrator, Appellant*, v.
FOSTER WHEELER COMPANY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 92-2-24861-1, Robert H. Alsdorf, J., entered
January 9, 1998. *Affirmed* by unpublished opinion per
Grosse, J., concurred in by Ellington and Appelwick, JJ.
Now published at 98 Wn. App. 712.


[No. 41226-4-I.   Division One.   November 22, 1999.]

MARK D. ANDERSON, ET AL., *Respondents*, v. THE CITY OF
SEATTLE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-2-33029-2, Carol A. Schapira, J., entered
July 25 and August 20, 1997. *Reversed* by unpublished
opinion per Agid, A.C.J., concurred in by Appelwick, J., and
Schindler, J. Pro Tem.


[No. 41356-2-I.   Division One.   November 22, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN KENT
MILLS II, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 96-1-01064-7, Thomas J. Wynne, J.,
entered August 29, 1997. *Affirmed* by unpublished opinion
per Webster, J., concurred in by Baker and Appelwick, JJ.